**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: COVIDIEN HERNIA MESH           MDL No. \_\_\_\_
PRODUCTS LIABILITY LITIGATION

## SCHEDULE OF RELATED ACTIONS

| Case Caption | Court (Division) | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Gary Northrup  **Defendants:** Covidien LP; Medtronic, Inc. | C.D. Cal. (Eastern Division – Riverside) | 5:20-cv-00355 | Hon. Dean D. Pregerson |
| **Plaintiff:** Shari Annette Jorden  **Defendants:** Covidien LP; Medtronic, Inc. | N.D. Cal. (San Francisco) | 3:19-cv-05709 | Hon. William H. Alsup |
| **Plaintiff:** Quanita Monroe  **Defendants:** Medtronic, Inc.; Covidien LP; Covidien U.S. Holdings, Inc. | D. Mass. (Boston) | 1:20-cv-10144 | Hon. Nathaniel M. Gorton |
| **Plaintiff:** Gregory Dye  **Defendant:** Covidien LP | S.D. Fla. (Ft. Lauderdale) | 0:18-cv-61485 | Hon. Rodolfo A. Ruiz |
| **Plaintiffs:** Alton Singletary; Catherine Singletary  **Defendants:** Covidien LP; Medtronic, Inc. | E.D. La. (New Orleans) | 2:19-cv-13108 | Hon. Mary Ann Vial Lemmon |

1

| Case Caption | Court (Division) | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Edgar (Ed) Oliver<br><br>**Defendants:** Covidien Sales LLC; Covidien LP; Covidien Holding, Inc.; Tyco Healthcare Group L.P.; Medtronic, Inc. | S.D. Miss. (Jackson) | 3:19-cv-00795 | Hon. Carlton W. Reeves |
| **Plaintiff:** Sharon Smith<br><br>**Defendant:** Covidien LP | D.N.J. (Camden) | 1:19-cv-11981 | Hon. Noel L. Hillman |
| **Plaintiff:** Karen Green<br><br>**Defendant:** Covidien LP | S.D.N.Y. (Foley Square) | 1:18-cv-02939 | Hon. Paul G. Gardephe |
| **Plaintiffs:** Kenneth Dunham; Martha Dunham<br><br>**Defendant:** Covidien LP | S.D.N.Y. (Foley Square) | 1:19-cv-02851 | Hon. Louis L. Stanton |
| **Plaintiff:** Crystal Dunham<br><br>**Defendant:** Covidien LP | S.D.N.Y. (Foley Square) | 1:19-cv-02855 | Hon. John G. Koeltl |
| **Plaintiffs:** Jeffrey Krulewich; Nora Krulewich<br><br>**Defendant:** Covidien LP | S.D.N.Y. (Foley Square) | 1:19-cv-02857 | Hon. John G. Koeltl |

| Case Caption | Court (Division) | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Sharon Black; Max Black<br><br>**Defendants:**<br>Covidien, PLC d/b/a Medtronic, Inc.; Tyco Healthcare Group LP; Tyco International; Sofradim Production SAS | W.D.N.Y. (Rochester) | 6:17-cv-06085 | Hon. Frank P. Geraci, Jr. |