BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION | MDL No. _____ |

**DEFENDANTS' MOTION FOR TRANSFER OF RELATED
COVIDIEN HERNIA MESH PRODUCTS LIABILITY ACTIONS
FOR COORDINATION PURSUANT TO 28 U.S.C. § 1407**

Defendants Covidien LP, Covidien Holding Inc., Covidien, Inc., Covidien plc, Covidien U.S. Holdings, Inc., Covidien Sales LLC, Tyco Healthcare Group L.P., Tyco International, Sofradim Productions SAS, Medtronic, Inc., and Medtronic USA, Inc. (collectively, "Defendants"), by their undersigned counsel, bring this Motion before the United States Judicial Panel on Multidistrict Litigation (the "Panel") for transfer of related Covidien hernia mesh products liability actions for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Panel Rules of Procedures (the "JPML Rules"). In support of this Motion, Defendants state as follows:

1. The Panel has already established four MDLs for hernia mesh litigation. It is now necessary and appropriate for the Panel to establish a fifth MDL proceeding for copy-cat cases that allege manufacturing, design, and warning defects in Covidien hernia mesh products.

2. Centralization of these actions for pretrial coordination—along with any tag-along actions pursuant to JPML Rule 7.1—is appropriate for the reasons that led the Panel to centralize the litigations involving other hernia mesh product manufacturers: (1) there are common factual questions arising out of allegations that defects in the Covidien hernia mesh products led to complications following hernia repair surgery, and (2) centralization will eliminate duplicative

1

discovery and prevent inconsistent pretrial rulings, while (3) conserving the resources of the parties, their counsel, and the judiciary.

3.      The Related Actions are listed in the Schedule of Related Actions filed with this motion. There are twelve pending federal actions in nine districts, brought by seven different plaintiffs' firms. Four of the twelve actions (one-third) are located in the Southern District of New York.

4.      Also accompanying this Motion is a Schedule of Actions Dismissed, which identify the numerous cases in which federal district judges have granted Defendants' motions to dismiss the complaints because the plaintiff failed to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6) or the claims were time-barred or both

For the reasons set forth in the accompanying Memorandum of Law, Defendants move for transfer and coordination to the Southern District of New York of all currently pending products liability actions related to their hernia mesh products.

Dated: June 5, 2020                                Respectfully submitted,

**DLA PIPER LLP (US)**

By:  */s/ Loren H. Brown*
Loren H. Brown
Lucas P. Przymusinski
1251 Avenue of the Americas, 45th Floor
New York, NY 10020
Telephone: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com
lucas.przymusinski@dlapiper.com

Jessica C. Wilson
Katie W. Insogna
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6009
Fax: (617) 406-6109
jessica.wilson@dlapiper.com
katie.insogna@dlapiper.com

**WILLIAMS & CONNOLLY LLP**

Joseph G. Petrosinelli
Ana C. Reyes
Adrienne Van Winkle
725 12th Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
jpetrosinelli@wc.com
areyes@wc.com
avanwinkle@wc.com

*Counsel for Covidien LP, Covidien Holding Inc., Covidien, Inc., Covidien plc, Covidien U.S. Holdings, Inc., Covidien Sales LLC, Tyco Healthcare Group L.P., Tyco International, Sofradim Productions SAS, Medtronic, Inc., and Medtronic USA, Inc.*