BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Covidien Hernia Mesh Products Liability Litigation | MDL Docket No. 2953 |

## JOINDER OF MARC J. BERN & PARTNERS LLP IN THE RESPONSE OF SADAKA ASSOCIATES, LLC TO DEFENDANTS' MOTION FOR TRANSFER OF ACTIONS AND FOR COORDINATED PRETRIAL PROCEEDINGS

The law firm of Marc J. Bern & Partners LLP, on its own behalf and as the legal representative for plaintiffs with claims against the Covidien Defendants pending in various federal district courts, hereby joins in the relief and arguments set forth in the "Response of Plaintiffs to Defendant's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 and JPML Rule 7.2 for Coordinated Pretrial Proceedings" filed by Sadaka Associates, LLC (Doc ID 15) ("Sadaka's Response"). Specifically, the law firm of Marc J. Bern & Partners LLP joins the Sadaka's Response and adopts: 1) the arguments set forth supporting the designation of the District of Massachusetts as an appropriate venue for coordinated pretrial proceedings should this Panel decide to create an MDL; and 2) the arguments set forth against transferring any actions under 28 U.S.C. § 1404.

Dated:  June 30, 2020

Respectfully submitted,
MARC J. BERN & PARTNERS LLP

/s/ Alexandra Colella
Alexandra Colella
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
Email: acolella@bernllp.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July 2020, a copy of the foregoing document was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

By: /s/ Alexandra Colella